UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOVAN DECAY                                           CIVIL ACTION

VERSUS                                                NO. 12-1888

WARDEN TERRY TERRELL                                  SECTION "C"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Jovan Decay for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___ day of _August_, 2013.

_____
UNITED STATES DISTRICT JUDGE